1   MORGAN, LEWIS & BOCKIUS LLP
    GEORGE A. STOHNER (State Bar No. 214508)
2   300 South Grand Avenue
    Twenty-Second Floor
3   Los Angeles, CA  90071-3132
    Tel:  213.612.2500
4   Fax:  213.612.2501
    gstohner@morganlewis.com
5
    MORGAN LEWIS & BOCKIUS LLP
6   DARYL S. LANDY (State Bar No. 136288)
    MEGAN BARRY BOROVICKA (State Bar No. 241205)
7   One Market, Spear Street Tower
    San Francisco, CA  94105
8   Tel:  415.442.1000
    Fax:  415.442.1001
9   dlandy@morganlewis.com
    mborovicka@morganlewis.com
10
    Attorneys for Defendant
11  CITIGROUP GLOBAL MARKETS INC.

12  Robert Byrnes (State Bar No. 200761)
    Payam Shahian (State Bar No. 228406)
13  PShahian@InitiativeLegal.com
    Sang Park (State Bar No. 232956)
14  SPark@InitiativeLegal.com
    Initiative Legal Group APC
15  1800 Century Park East, 2nd Floor
    Los Angeles, CA  90067
16  Telephone:  (310) 556-5637
    Facsimile:  (310)861-9051
17
    Attorneys for Plaintiff Leah Bullen
18
                        UNITED STATES DISTRICT COURT
19
            NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
20

21

| | |
|---|---|
| LEAH BULLEN, individually, and on behalf of other members of the general public similarly situated, | Case No. CV 09 4117 (SBA) |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER CHANGING TIME OF INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER** |
| vs. | |
| CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY, | |
| Defendant. | |

MORGAN, LEWIS &
  BOCKIUS LLP
ATTORNEYS AT LAW

1

**STIPULATION**

2      WHEREAS, the Initial Case Management Conference in the above-captioned case is

3  currently scheduled for December 10, 2009, at 3:00 p.m., via telephone, before the Honorable

4  Saundra B. Armstrong;

5      WHEREAS, lead counsel representing Plaintiff Leah Bullen ("Plaintiff") and Defendant

6  Citigroup Global Markets, Inc. ("Defendant") have been unable to meaningfully meet and confer

7  pursuant to Federal Rule of Civil Procedure 26(f) and the Court's September 4, 2009 *Order*

8  *Setting Initial Case Management Conference and ADR Deadlines*; and

9      WHEREAS, as described in the accompanying Declaration of Megan Borovicka, the

10  parties have agreed to stipulate to continue the Initial Case Management Conference due to lead

11  counsels' inability to meet and confer in accordance with the current case schedule, and have

12  begun discussing a discovery time frame and one set of interrogatories has been served;

13      NOW, THEREFORE, pursuant to Civil Local Rule 6-2, Plaintiff and Defendant, through

14  their undersigned respective counsel, stipulate and request that the Court continue the current

15  Initial Case Management Conference date of December 10, 2009, and reschedule the Conference

16  for February 25, 2010 or a later date the Court finds appropriate, and to re-set the related pre-

17  Conference deadlines, including the ADR deadlines, accordingly.

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB2/21449015.3                          2                    Case No. CV 09 4117 (SBA)

STIPULATED REQUEST FOR ORDER CHANGING TIME OF INITIAL CASE MANAGEMENT
CONFERENCE; PROPOSED ORDER

1    Dated: _____, 2009          MORGAN, LEWIS & BOCKIUS LLP

2

3                                                By _____
                                                    George A. Stohner
4                                                   Daryl S. Landy
                                                    Megan Barry Borovicka
5                                                   Attorneys for Defendant
                                                    CITIGROUP GLOBAL MARKETS INC.
6

7
     Dated: _____, 2009          INITIATIVE LEGAL GROUP APC
8

9

10                                               By _____
                                                    Robert Byrnes
11                                                  Payam Shahian
                                                    Sang Park
12                                                  Attorneys for Plaintiff
                                                    LEAH BULLEN
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB2/21449015.3                          3                    Case No. CV 09 4117 (SBA)

STIPULATED REQUEST FOR ORDER CHANGING TIME OF INITIAL CASE MANAGEMENT
CONFERENCE; PROPOSED ORDER

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT

the Case Management Conference currently scheduled for December 10, 2009, shall be

CONTINUED to **February 3, 2010, at 3:00 p.m.** The parties shall **meet and confer** prior to the

conference and shall prepare a joint Case Management Conference Statement which shall be filed

no later than ten (10) days prior to the Case Management Conference that complies with the

Standing Order For All Judges Of The Northern District Of California and the Standing Order of

this Court.  Plaintiff shall be responsible for filing the statement as well as for arranging the

conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above

indicated date and time.

IT IS FURTHER ORDERED THAT that all related deadlines preceding the Initial Case

Management Conference are moved to correspond with the new Conference date.

SO ORDERED.

Dated: 12/8/09

_____
HON. SAUNDRA B. ARMSTRONG
U.S. District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB2/21449015.3                          4                          Case No. CV 09 4117 (SBA)

STIPULATED REQUEST FOR ORDER CHANGING TIME OF INITIAL CASE MANAGEMENT
CONFERENCE; PROPOSED ORDER