UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LEAH BULLEN, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY,<br><br>Defendant. | Case No. 4:09-CV-04117 SBA (EDL)<br><br>[PROPOSED] ORDER GRANTING IN PART DEFENDANT CITIGROUP GLOBAL MARKETS INC.'S MOTION FOR PROTECTIVE ORDER REGARDING DEPOSITION OF PARTY PURSUANT TO FEDERAL RULE 30(B)(6)<br><br>Courtroom:  F; 15th Floor<br>Before:       Hon. Judge Elizabeth D. Laporte |

In this action, Plaintiff Leah Bullen, who Defendant Citigroup Global Markets Inc. ("CGMI") employed as a bank-based Financial Advisor, alleged that CGMI discriminated against her based on her gender.  On June 3, 2011, Plaintiff served a Federal Rule of Civil Procedure 30(b)(6) deposition notice seeking discovery on 20 categories, 19 of which sought class-wide discovery.  In response, CGMI filed a Motion for Protective Order.  At the hearing on CGMI's Motion, Plaintiff's counsel stated that Plaintiff has decided that she will no longer pursue class certification and is withdrawing the class allegations in her Complaint.

This Court, having read and considered all of the papers filed on behalf of CGMI and Plaintiff and after hearing oral argument at the August 2, 2011 hearing, hereby orders as follows:

Good cause having been shown and in light of Plaintiff's withdrawal of her class

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 22591158.2

1

[PROPOSED] ORDER GRANTING IN PART DEF.'S MOTION FOR PROTECTIVE ORDER
(CASE NO.: 4:09-CV-04117 SBA/EDL)

1  allegations, Defendant's Motion for Protective Order is GRANTED IN PART.  This Order is

2  without prejudice to Plaintiff re-noticing a deposition tailored only to Plaintiff's individual claim

3  for gender discrimination.

4     **IT IS SO ORDERED.**

5  DATED: August __4__, 2011

   _____
   HON. ELIZABETH D. LAPORTE
6  UNITED STATES MAGISTRATE JUDGE

7

8  APPROVED AS TO FORM:

9

10  __/s/ Gene Williams_____
    Gene Williams
11  INITIATIVE LEGAL GROUP
    Attorneys for Plaintiff Leah Bullen

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2

[PROPOSED] ORDER GRANTING IN PART DEF.'S
MOTION FOR PROTECTIVE ORDER
(CASE NO.: 4:09-CV-04117 SBA/EDL)

DB2/ 22591158.2