1  DARYL S. LANDY, State Bar No. 136288
   SHWETA GERA, State Bar No. 234627
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2122
4  Telephone:  650.843.4000
   Facsimile:  650.843.4001
5  E-mail: dlandy@morgnalewis.com;
           sgera@morganlewis.com

6  GEORGE A. STOHNER, State Bar No. 214508
   MORGAN, LEWIS & BOCKIUS LLP
7  300 South Grand Avenue
   Twenty-Second Floor
8  Los Angeles, CA  90071-3132
   Telephone:  213.612.2500
9  Facsimile:  213.612.2501
   E-mail:  gstohner@morganlewis.com

10 Attorneys for Defendant
   CITIGROUP GLOBAL MARKETS INC.
11
   DAVID M. MEDBY, State Bar No. 227401
12 GENE WILLIAMS, State Bar No. 211390
   SANG PARK, State Bar No.  232956
13 MARK ESTRELLA, State Bar No. 187091
   INITIATIVE LEGAL GROUP, APC
14 1800 Century Park East, 2nd Floor
   Los Angeles, CA  90067
15 Telephone: 310.556.5637
   Facsimile: 310.861.9051
16 E-mail: DMedby@initiativelegal.com;
   gwilliams@initiativelegal.com ; SPark@initiativelegal.com;
   MEstrella@initiativelegal.com.
17
   Attorneys for Plaintiff
18 LEAH BULLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LEAH BULLEN, individually, and on behalf of other members of the general public similarly situated,<br><br>           Plaintiff,<br>   vs.<br><br>CITIGROUP GLOBAL MARKETS, INC., d/b/a SMITH BARNEY,<br><br>           Defendant. | Case No. 4:09-CV-04117 SBA (EDL)<br><br>**JOINT STIPULATION AND ORDER TO EXTEND CERTAIN DEADLINES** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINES
(CASE NO.: 4:09-CV-04117 SBA (EDL))

DB2/ 22591162.1

Plaintiff Leah Bullen ("Plaintiff") and Defendant Citigroup Global Markets Inc. ("CGMI"), by and through their attorneys of record, hereby stipulate to modify certain deadlines set forth in this Court's Order for Pretrial Preparation ("Order").

WHEREAS, Plaintiff served a Federal Rule of Civil Procedure 30(b)(6) deposition notice on June 3, 2011 for a deposition to occur June 22, 2011;

WHEREAS, on June 21, 2011, CGMI filed a Motion for Protective Order in response to Plaintiff's Federal Rule 30(b)(6) deposition notice;

WHEREAS, per the Order for Pretrial Preparation in this action, the discovery cut-off was July 1, 2011;

WHEREAS, this Court held a hearing on CGMI's Motion on August 2, 2011;

WHEREAS, at the hearing, Plaintiff's counsel informed the Court that Plaintiff has decided that she will no longer pursue class certification and is withdrawing the class allegations in her Complaint;

WHEREAS, the Court granted CGMI's Motion in part, without prejudice to Plaintiff re-noticing a deposition tailored to her individual claim only, regardless of the July 1, 2011 discovery cut-off;

WHEREAS, per the Order for Pretrial Preparation, CGMI must file any dispositive motion by August 16, 2011;

WHEREAS, Plaintiff and CGMI need additional time to schedule and complete the deposition tailored to Plaintiff's individual claim and likely cannot do so and receive the transcript prior to August 16, 2011;

For the foregoing reasons, Plaintiff and CGMI hereby stipulate and respectfully request that the following modifications be made to the Court's Order for Pretrial Preparation:

|  | **Previous Date** | **New Date** |
|---|---|---|
| Dispositive Motion Hearing Deadline | 9/20/11 | 11/22/11 |
| Mandatory Settlement Conference | 9/21-10/7/11 | 11/23-12/9/11 |
| Pretrial Preparation | 10/11/11 | 12/13/11 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1

JOINT STIPULATION AND [PROPOSED] ORDER
TO EXTEND DEADLINES
(CASE NO.: 4:09-CV-04117 SBA (EDL))

DB2/ 22591162.1

| | | |
|---|---|---|
| Motions in Limine/Objections to Evidence | 10/18-11/1/11 | 12/27-1/10/12 |
| Pretrial Conference | 11/8/11 | 1/17/12 |
| Trial | 11/28/11 | 2/6/12 |

Dated: August 4, 2011                                     MORGAN, LEWIS & BOCKIUS LLP


By /s/ Daryl S. Landy
    Daryl S. Landy
    Shweta Gera
    Attorneys for Defendant
    CITIGROUP GLOBAL MARKETS INC.

Dated: August 4, 2011                                     INITIATIVE LEGAL GROUP, APC


By /s/ Gene Williams
    David M. Medby
    Gene Williams
    Sang Park
    Mark Estrella
    Attorneys for Plaintiff
    LEAH BULLEN

## [ORDER

**IT IS SO ORDERED WITH THE FOLLOWING MODIFICATION:** The dispositive motion hearing deadline is by November 15, 2011. Motions in limine/objections to evidence shall be filed by no later than December 20, 2011; oppositions to motions in limine/objections to evidence shall be filed by no later than December 27, 2011; and replies to motions in limine/objections to evidence shall be filed by no later than January 3, 2012. The parties shall follow this Court's Standing Order pertaining to page limits.

IT IS SO ORDERED.

Dated: _August 16, 2011

*/s/ Saundra B. Armstrong*
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

DB2/ 22591162.1

2

JOINT STIPULATION AND [PROPOSED] ORDER
TO EXTEND DEADLINES
(CASE NO.: 4:09-CV-04117 SBA (EDL))